**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) BRITTON SCHROEDER,          )<br>                                                        )<br>           Plaintiff,                          )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>(1) TRAVELERS INSURANCE COMPANY )<br>& STANDARD FIRE INSURANCE COMPANY )<br>(a wholly owned Subsidiary of TRAVELERS),  )<br>                                                        )<br>           Defendant.                       ) | Case No. 17-cv-00444-JED-FHM |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Travelers Insurance Company & Standard Fire Insurance Company (hereinafter "Defendant"), files this Notice of Removal of this case from the District Court of Tulsa County, Oklahoma. In support of removal, Defendant states the following:

1. On June 26, 2017, Plaintiff Britton Schroeder ("Plaintiff") filed a Petition in the District Court of Tulsa County, Oklahoma, captioned *Britton Schroeder v. Travelers Insurance Company & Standard Fire Insurance Company (a wholly owned Subsidiary of Travelers),* Case No. CJ-2017-2536 ("State Court Action"). See Petition, Ex. 1.

2. On July 19, 2017, Defendant was served with the Summons and Petition in the State Court Action by certified mail via the Oklahoma Insurance Commissioner, as designated agent for foreign insurance companies doing business in the State of Oklahoma. See Summons, Ex. 2.

3. Defendant is filing this Notice of Removal within thirty (30) days after receipt of Plaintiff's Petition. Thus, under 28 U.S.C. § 1446(b), Defendant's time to remove has not yet expired.

4. Plaintiff is a resident of the State of Oklahoma. Defendant is a Connecticut corporation with its principal place of business in Hartford, Connecticut. Therefore, complete diversity exists between the parties to this case.

5. In addition to complete diversity existing, the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, establishing this case is properly removed pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Specifically, Plaintiff asserts in his Petition his damages are "in excess of $75,000.00". See Petition, Ex. 1 (emphasis added).

6. The United States District Court for the Northern District of Oklahoma is the appropriate court for filing a Notice of Removal from the State Court where Plaintiff's State Court Action is pending, and accordingly, Defendant seeks to remove the State Court Action to this Court.

7. Upon receiving the federally-filed Notice of Removal, Defendant will file a copy of the Notice of Removal with the State Court, and will provide written notice to all counsel, all in accordance with 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446 and LCvR 81.2, a copy of the docket sheet and a copy of all documents filed and/or served in the District Court of Tulsa County, Case No. CJ-2017-2536 are attached hereto. See Docket Sheet, Ex. 3; Petition, Ex. 1; Summons, Ex. 2.

9. Under the provisions of 28 U.S.C. §§ 1441(a), (b), and (c), and all other applicable statutes, all of which Defendant has complied with, this cause of action is removable to the United States District Court for the Northern District of Oklahoma.

Respectfully submitted,


s/Thomas A. Paruolo
Thomas A. Paruolo, OBA #18442
Melanie K. Christians, OBA #30846
NELSON TERRY MORTON
 DeWITT & PARUOLO
P.O. Box 138800
Oklahoma City, OK  73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573
tom@ntmdlaw.com
mchristians@ntmdlaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

This is to certify that on the 31st day of July, 2017, the above document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Marlin R. Davis, OBA #10777
MARLIN R. DAVIS, PC
8908 S. Yale Ave., Ste. 245
Tulsa, OK  74137
mrd@marlinrdavislaw.com
*Attorney for Plaintiff*


s/Thomas A. Paruolo