UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Britton Schroeder,

    Plaintiff(s),

vs.

    Case Number: 17-cv-00444-JED-FHM

Travelers Companies Inc., The,

    Defendant(s).

### SETTLEMENT CONFERENCE REPORT

On 10/18/2019 a Settlement Conference was held in the captioned matter.

[X] The litigation was settled; within 20 days of the date hereof, the Plaintiff and Defendant shall file:

    -- a Stipulation of Dismissal
    OR
    -- Agreed Judgment and
    Motion to Enter Agreed Judgment

[ ] The litigation was not settled.

[ ] Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2019.

DATED: 10/18/2019.

_____
Adam Scott Weintraub
Adjunct Settlement Judge