**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) BRITTON SCHROEDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00444-JED-FHM |
| | ) | |
| (1) THE TRAVELERS COMPANIES, INC. and | ) | |
| (2) STANDARD FIRE INSURANCE COMPANY | ) | |
| (a wholly owned Subsidiary of TRAVELERS), | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Britton Schroeder and Defendants The Travelers Companies, Inc. and Standard Fire Insurance Company, and pursuant to Fed. R. Civ. P. 41(c), stipulate the above-captioned cause may be dismissed with prejudice for the reason that the parties have reached a compromise settlement covering all claims.

Respectfully submitted,

s/Marlin R. Davis
Marlin R. Davis, OBA #10777
MARLIN R. DAVIS, PC
8908 S. Yale Ave., Ste. 245
Tulsa, OK  74137
Telephone: (918) 742-0900
Facsimile: (918) 742-0001
mrd@marlinrdavislaw.com
*Attorney for Plaintiff*

and

        s/Melanie K. Dittrich (with permission)
Thomas A. Paruolo, OBA #18442
Melanie K. Dittrich, OBA #30846
DeWITT PARUOLO & MEEK, PLLC
P.O. Box 138800
Oklahoma City, OK  73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573
tom@46legal.com
mditrrich@46legal.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of November, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

  Melanie K. Dittrich
  Thomas A. Paruolo


        s/Marlin R. Davis

2